# UNITED STATES DISTRICT COURT

for

NORTHERN DISTRICT OF CALIFORNIA

San Jose Venue

FILED
APR 09 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Report on Offender Under Supervision**

Name of Offender: Daniel Alvarez    Docket No.: CR 01-20178-01 JW

Name of Sentencing Judge: James Ware
United States District Judge

Date of Original Sentence: May 3, 2004

Original Offense:
Count One: Unauthorized Access Into Computer Recklessly Causing Damage, 18 U.S.C. § 1030(a)(5)(B), a Class D felony

Original Sentence: Five years probation
Special Conditions: Home confinement with electronic monitoring 12 months; special assessment $100.00; restitution $106,604.57; mental health treatment; computer conditions: no computer with access to any on-line computer service; no data encryption technique or program; consent to examinations of computer equipment, including retrieval and copying of all data and consent to installation of hardware or software to monitor use; disclosure of computer related restrictions to employer

Prior Form(s) 12: On June 14, 2005, a petition for probation violation was filed to the court due to the offender's failure to pay his restitution. The court was advised of the offender's poor health condition which prohibited him from securing employment. The court took Judicial Notice on the violation on June 20, 2005.

Type of Supervision: Probation    Date Supervision Commenced: May 3, 2004
Assistant U.S. Attorney: Joseph Fazioli    Defense Counsel: Jay Rorty (Appointed)

## Petitioning the Court to Take Judicial Notice

### Cause

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated the mandatory condition which requires him to pay restitution in the amount of $106,604.57. |

Since November 2007, with the exception of February 2009, the offender has been making regular monthly payments of $385.00. His current balance is $97,584.57.

Evidence of this violation can be found in the Restitution Payment Record provided to me by the Court Clerk's Office on March 27, 2009.

### Action Taken and Reason

Mr. Alvarez 's term of supervised release is scheduled to terminate on May 2, 2009. He has maintained full-time employment since May 2006. Mr. Alvarez is a Systems Administrator for Pull The Plug Technologies LLC. He earns approximately $2,600 per month. Mr. Alvarez resides with three roommates, he has no dependants and he pays $690.00 monthly for rent.

Mr. Alvarez has been in compliance with the terms and conditions of his supervision. He was unable to pay his restitution in February 2009, because his vehicle broke down and needed major repair. He has no prior criminal history and has incurred no law violations since the instant offense. He consistently made monthly payments, to the best of his ability, toward his restitution. He understands his obligation to continue making monthly payments after termination of supervision and indicated to the probation officer that he would cooperate with the Financial Litigation Unit to establish future payment plans. An updated financial packet has been forward to the Financial Litigation Unit for review.

Based on Mr. Alvarez's income, it is our assessment that he has paid to the best of his ability. It is respectfully requested that the offender's term of supervised release be allowed to expire as scheduled on May 2, 2009, with restitution owing.

Assistant U.S. Attorney, Joseph Fazioli, has been notified and there are no objections.

Respectfully submitted,

Janie Zhuang
U.S. Probation Officer

Date Signed: April 3, 2009

Reviewed by:

Susan Portillo
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

☑ The Court concurs and takes judicial notice and allow Mr. Alvarez's supervision to expire on May 2, 2009 with restitution owing.

JW

~~☑ Submit a request to modify supervision~~ JW
☐ Submit a request for warrant
☐ Submit a request for summons
☐ Other:

Date April 8, 2009

James Ware
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

ALVAREZ,

Defendant.
_______________________________/

Case Number: CR01-20178 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Fazioli
United States Attorney Office
150 Alamden Blvd., Ste 900
San Jose CA 95113

Office of the Federal Public Defender
160 W. Santa Clara Street, Ste. 575
San Jose CA 95113

Janie Zhuang
United States Probation Office
280 South First Street
San Jose CA 95113

Dated: April 8, 2009

Richard W. Wieking, Clerk

Elizabeth C Garcia

By: Elizabeth C. Garcia, Deputy Clerk